# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2264

_____

Eldon Bugg,                                   *
                                              *
            Appellant,                        *
                                              *
      v.                                      *   Appeal from the United States
                                              *   District Court for the
Peggy Boots, Clerk of Randolph                *   Western District of Missouri.
County Circuit Court; Honorable               *
Cynthia Suter, Associate Circuit Judge,       *        [UNPUBLISHED]
                                              *
            Appellees.                        *

_____

Submitted: February 18, 2010
Filed: February 23, 2010

_____

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Eldon Bugg appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 action against Peggy Boots, the Circuit Clerk for Randolph County, Missouri, and the Honorable Cynthia Suter, Associate Circuit Judge for Randolph County, seeking declaratory and injunctive relief, and monetary damages. Upon careful review, see

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

Penn v. United States, 335 F.3d 786, 789 (8th Cir. 2003) (dismissal based on judicial immunity reviewed de novo); Yamaha Motor Corp., U.S.A. v. Stroud, 179 F.3d 598, 602 (8th Cir. 1999) (dismissal based on Younger v. Harris, 401 U.S. 37 (1971), reviewed for abuse of discretion); Martin v. Hendren, 127 F.3d 720, 721 (8th Cir. 1997) (dismissal based on quasi-judicial immunity reviewed de novo), we find no reversible error.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____